**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| BARBARA HELLEN ROGERS, | : | Civil No. 3:26-cv-1616 |
| Petitioner | : | (Judge Mariani) |
| v. | : | |
| PA ATTORNEY GENERAL, *et al.*, | : | |
| Respondents | : | |

**ORDER**

**AND NOW**, this 31st day of August, 2026, upon consideration of the petition for writ of habeas corpus (Doc. 1-2) pursuant to 28 U.S.C. § 2254, and in accordance with the Court's Memorandum of the same date, **IT IS HEREBY ORDERED THAT**:

1. The petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 (Doc. 1-2) is **DISMISSED** as time barred by the statute of limitations. *See* 28 U.S.C. § 2244(d).

2. The remaining pending motion (Doc. 9) is **DISMISSED** as moot.

3. The Clerk of Court is directed to **CLOSE** this case.

4. There is no basis for the issuance of a certificate of appealability. *See* 28 U.S.C. § 2253(c).

Robert D. Mariani
United States District Judge